GREGORY P. SCIALDONE, Appellant, v STEPPING STONES ASSOCIATES, L.P., et al., Respondents.

Decided September 5, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the orders appealed from do not finally determine the action within the meaning of the Constitution.

SKANSKA USA BUILDING INC., Appellant, v ATLANTIC YARDS B2 OWNER, LLC, et al., Respondents, et al., Defendants.

Submitted August 7, 2017; decided September 5, 2017

Motion by Associated General Contractors of New York State, LLC for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of ANTHONY THOMPSON, Appellant, v CYRUS R. VANCE, JR., et al., Respondents.

Submitted August 7, 2017; decided September 5, 2017

Motion for a stay dismissed as academic.